# Court of Appeals
# of the State of Georgia

ATLANTA,  May 29, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1502. EDWARD SMART v. LINDA JAN ARNOLD et al.

In this civil action, Edward Smart, proceeding pro se, filed a complaint against multiple defendants. Thereafter, on March 29, 2023, the trial court entered an order dismissing Smart's complaint. Smart filed a motion for reconsideration, which the trial court denied on May 23, 2023. On May 27, 2023, Smart filed a notice of appeal. We, however, lack jurisdiction because the appeal is untimely.

A notice of appeal must be filed within 30 days of entry of an appealable order. OCGA § 5-6-38 (a). The denial of a motion for reconsideration is not appealable in its own right, see *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000), and the filing of such a motion does not extend the time for filing a notice of appeal. See *Cheeley-Towns v. Rapid Group*, 212 Ga. App. 183, 183 (1) (441 SE2d 452) (1994). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Here, Smart filed his notice of appeal 59 days after the trial court's order dismissing the action, and his subsequent request for reconsideration of that ruling did not extend the time for filing an appeal.

Accordingly, this appeal is hereby DISMISSED as untimely.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  05/29/2024*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*